UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JENNIFER C.,                                    )
                                                )
    Plaintiff,                                )
                                                )
    v.                                        )     2:17-cv-00233-JAW
                                                )
NANCY A. BERRYHILL,                             )
Deputy Commissioner for Operations,             )
Performing the Duties and Functions             )
Not Reserved to the Commissioner of             )
Social Security,                                )
                                                )
    Defendant.                                )

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 4, 2018 his Recommended Decision. *Report and Recommended Decision* (ECF No. 22) (*Recommended Decision*). Jennifer Collins filed her objections to the Recommended Decision on June 18, 2018. *Pl.'s Obj. to the United States Magistrate Judge's Report and Recommended Decision* (ECF No. 23) (*Pl.'s Obj.*). The Commissioner of the Social Security Administration filed a response to Ms. Collins' objections on June 22, 2018. *Def.'s Resp. to Pl.'s Obj. to the Report and Recommended Decision* (ECF No. 24). The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court

concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determines that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge (ECF No. 22) is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Commissioner's decision be and hereby is <u>AFFIRMED</u>.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 21st day of September, 2018